**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Julie A. Cole** | Social Security number or ITIN **xxx–xx–5186** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **20–21674–CMB** | |

# Order of Discharge                                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Julie A. Cole

9/9/20                                                                                  **By the court:**   <u>Carlota M. Bohm</u>
                                                                                                             United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 20-21674-CMB
Julie A. Cole                                                       Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: admin              Page 1 of 2         Date Rcvd: Sep 09, 2020
                             Form ID: 318             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db             +Julie A. Cole,    107 Highland Drive,    Uniontown, PA 15401-3925
15247926        Enterprise Rent-a-Car,    4489 Campbells Run Road,    Pittsburgh, PA 15205-1311
15247929        FMS,   P.O. Box 707600,    Tulsa, OK 74170-7600
15247927        Fayette County School Employees CU,    193 Edison Street,   Uniontown, PA 15401-2580
15247928        Fedloan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
15247930       +The Home Depot,    P.O. Box 790328,   Saint Louis, MO 63179-0328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2020 05:09:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2020 05:09:21     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Sep 10 2020 08:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15247920       +E-mail/Text: backoffice@affirm.com Sep 10 2020 05:10:23     Affirm, Inc.,    P. O. Box 720,
                 San Francisco, CA 94104-0720
15247921        EDI: RMSC.COM Sep 10 2020 08:43:00      Amazon.com/Synchrony Bank,
                 Attention:   Bankruptcy Department,    P.O. Box 965060,   Orlando, FL 32896-5060
15247922        EDI: CAPITALONE.COM Sep 10 2020 08:43:00      Capital One,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
15247923        EDI: RMSC.COM Sep 10 2020 08:43:00      CareCredit/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965064,   Orlando, FL 32896-5064
15247925        EDI: WFNNB.COM Sep 10 2020 08:43:00      Children’s Place/Comenity Bank,    Bankruptcy Department,
                 P.O. Box 183043,    Columbus, OH 43218-3043
15247924        EDI: JPMORGANCHASE Sep 10 2020 08:43:00      Chase,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
15247931        EDI: RMSC.COM Sep 10 2020 08:43:00      Lowe’s/Synchrony Bank,    Attn: Bankruptcy Deptartment,
                 P.O. Box 965060,    Orlando, FL 32896-5060
15247932       +EDI: TSYS2.COM Sep 10 2020 08:43:00      Macy’s,    Bankruptcy Processing,   P.O. Box 8066,
                 Mason, OH 45040-8066
15247933        EDI: RMSC.COM Sep 10 2020 08:43:00      Mattress Firm/Synchrony Bank,    P.O. Box 965064,
                 Orlando, FL 32896-5064
15247934        EDI: AGFINANCE.COM Sep 10 2020 08:43:00      One Main Financial,    P.O. Box 3251,
                 Evansville, IN 47731-3251
15247935       +E-mail/Text: paparalegals@pandf.us Sep 10 2020 05:10:22     Patenaude & Felix,
                 Gregg L. Morris, Esq.,    501 Corporate Drive,    Southpointe--Suite 205,
                 Canonsburg, PA 15317-8584
15247936       +E-mail/Text: bankruptcyteam@quickenloans.com Sep 10 2020 05:10:00      Quicken Loans, Inc.,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
15248885       +EDI: RMSC.COM Sep 10 2020 08:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
15247937       +EDI: WTRRNBANK.COM Sep 10 2020 08:43:00      Target,   Attn: Bankruptcy,    P.O. Box 9475,
                 Minneapolis, MN 55440-9475
15247938       +E-mail/Text: bankruptcydepartment@tsico.com Sep 10 2020 05:10:12      Transworld Systems, Inc.,
                 Attention:  Bankruptcy,    P.O. Box 15520,    Wilmington, DE 19850-5520
15247939        E-mail/Text: BKRMailOps@weltman.com Sep 10 2020 05:09:48      Weltman, Weinberg & Reis,
                 P.O. Box 5430,   Cleveland, OH 44101-0430
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans, LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: admin              Page 2 of 2            Date Rcvd: Sep 09, 2020
                               Form ID: 318             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              Charles O. Zebley, Jr.    on behalf of Debtor Julie A. Cole COZ@Zeblaw.com, Lori@Zeblaw.com,
               Janet@Zeblaw.com
              James  Warmbrodt    on behalf of Creditor   Quicken Loans, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                               TOTAL: 4
```